## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALICIA BAKER,** | ) | **CASE NO. 8:08CV41** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **3M COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant 3M Company's Motion for Leave to File Affidavit Under Seal (Filing No. 24). For good cause shown, and consistent with the Protective Order in this matter (Filing No. 21),

**IT IS ORDERED:**

1. The Defendant's Motion for Leave to File Affidavit Under Seal (Filing No. 24) is granted; and

2. The Affidavit of Nancy J. Stork and the attached exhibits found in Filing No. 25 shall be deemed filed instanter, under seal.

DATED this 9th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge